```
         ✓ FILED          ___ RECEIVED
         ___ ENTERED      ___ SERVED ON
                          COUNSEL/PARTIES OF RECORD

                  JUN 1 5 2011

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:                         DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MCGUIRE, | 3:10-cv-488-HDM (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 15, 2011 |
| STATE OF NEVADA, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Request for Discovery Scheduling Order and to Strike the State of Nevada in relation to Nevada Department of Corrections from Record as Defendants (Doc. Nos. 20 and 21). Defendants have responded to the Motions (Doc. Nos. 25 and 26).

**IT IS HEREBY ORDERED** that Plaintiff's Request for Discovery Scheduling Order (Doc. #20) is **DENIED**. In this district discovery in inmate litigation does not commence until the court has issued a Scheduling Order allowing discovery to commence. A Scheduling Order will issue once Defendants have answered Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike the State of Nevada in relation to Nevada Department of Corrections from Record as Defendants (Doc. #21) is **GRANTED**.

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk