# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McGUIRE, | 3:10-cv-00488-HDM-WGC |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, et al., | ORDER |
| Defendant(s). | |

Although Plaintiff has filed a motion extending the discovery deadline (10/3/11, Doc. #46), the close of discovery is currently scheduled for October 18, 2011 (Doc. #35). On September 27, 2011, this Court entered an order allowing the Defendants to depose an incarcerated person (Doc. #45). On September 28, 2011, Defendants served a Notice of Deposition of Plaintiff (Doc. #54, p. 4). On October 13, 2011, Plaintiff filed a motion to stay defendants from taking his deposition (Doc. #53). The Defendants have opposed Plaintiff's motion (Doc. #54).

Good cause appearing, Plaintiff's motion for stay (Doc. #52) is **DENIED**. Plaintiff's deposition shall proceed as noticed by the Defendants (Doc. 54, p. 4).

**IT IS SO ORDERED.**

DATED: October 14, 2011

_/s/ William G. Cobb_
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE