1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
7
8
9    ROBERT McGUIRE                    )        3:10-cv-00488-HDM-WGC
                                        )
10            Plaintiff,                )
                                        )
11       vs.                            )
                                        )
12   STATE OF NEVADA ex rel. NEVADA     )            **ORDER**
     DEPARTMENT OF CORRECTIONS,         )
13   et al.,                            )
                                        )
14            Defendant(s).             )
     _____)
15

16          Although Plaintiff has filed a motion extending the discovery deadline (10/3/11,

17   Doc. #46), the close of discovery is currently scheduled for October 18, 2011 (Doc. #35). On

18   September 27, 2011, this Court entered an order allowing the Defendants to depose an

19   incarcerated person (Doc. #45). On September 28, 2011, Defendants served a Notice of

20   Deposition of Plaintiff (Doc. #54, p. 4). On October 13, 2011, Plaintiff filed a motion to stay

21   defendants from taking his deposition (Doc. #53). The Defendants have opposed Plaintiff's

22   motion (Doc. #54).

23          Good cause appearing, Plaintiff's motion for stay (Doc. #52) is **DENIED**. Plaintiff's

24   deposition shall proceed as noticed by the Defendants (Doc. 54, p. 4).

25          **IT IS SO ORDERED.**

26          DATED:   October 14, 2011

27                                           _____
                                             WILLIAM G. COBB
28                                           UNITED STATES MAGISTRATE JUDGE