# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT McGUIRE, | 3:10-cv-00488-HDM (WGC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | October 24, 2011 |
| STATE OF NEVADA in relation to NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On October 13, 2011, Plaintiff filed a Motion to Compel Discovery (Doc. #50) and a Motion for Sanctions re Discovery (Doc. 51). Subsequently, on October 20, 2011, Plaintiff filed a "Motion to Withdraw Motion to Compel/Request for Sanctions (Doc. #60).

Good cause appearing,

Plaintiff's Motion to Withdraw Motion to Compel/Request for Sanctions (Doc. #60) is **GRANTED**. Plaintiff's Motion to Compel Discovery (Doc. #50) and Motion for Sanctions re Discovery (Doc. #51) are therefore **DENIED** as moot.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
            Deputy Clerk