## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT MCGUIRE, | ) | 3:10-cv-00488-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DAVID DRUMMOND, TOM STUBBS | ) | |
| Defendants. | ) | |

Before the court is the report and recommendation of the United States Magistrate Judge (#98), filed on June 28, 2012. In the report and recommendation, the magistrate judge recommends that this court enter an order denying the defendants' motion for summary judgment (#79). Defendants objected (#99) and plaintiff responded (#100).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record. It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Based on this review, the court hereby accepts and adopts the report and recommendation of the

1

magistrate judge.  Accordingly, the motion of the defendants, David Drummond and Tom Stubbs, for summary judgment (#79) is **DENIED**.

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE