# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT MCGUIRE, | ) | 3:10-cv-00488-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| THE STATE OF NEVADA, in relation to NEVADA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

Before the court is the defendants' motion to stay the plaintiff's motion for the defendants to provide addresses of witnesses (#123). Plaintiff has responded (#124) and does not have any objections to the motion to stay. Therefore, the motion is **granted**. If a settlement is not reached, the court will enter orders for all outstanding motions at the pretrial conference on June 27, 2013.

        **IT IS SO ORDERED.**

        DATED: This 23rd day of May, 2013

_____
UNITED STATES DISTRICT JUDGE