```
                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
```

ROBERT MCGUIRE,                        )    3:10-cv-00488-HDM-WGC
                                       )
        Plaintiff,                     )
                                       )    ORDER
vs.                                    )
                                       )
THE STATE OF NEVADA, in relation to    )
NEVADA DEPARTMENT OF CORRECTIONS, et   )
al.,                                   )
                                       )
        Defendants.                    )
_____

     Pursuant to stipulation by the parties (#130) this action is dismissed with prejudice. The hearing set for Thursday, June 27, 2013 is **vacated**.

     **IT IS SO ORDERED.**

     DATED: This 19th day of June, 2013.

                                                 */s/ Howard D. McKibben*
                                            _____
                                            UNITED STATES DISTRICT JUDGE