UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MCGUIRE,                           )    3:10-cv-00488-HDM-WGC
                                          )
            Plaintiff,                    )
                                          )    ORDER
vs.                                       )
                                          )
THE STATE OF NEVADA, in relation to       )
NEVADA DEPARTMENT OF CORRECTIONS, et      )
al.,                                      )
                                          )
            Defendants.                   )
_____

   Pursuant to stipulation by the parties (#130) this action is dismissed with prejudice. The hearing set for Thursday, June 27, 2013 is **vacated**.

   **IT IS SO ORDERED.**

   DATED: This 19th day of June, 2013.

                         _____
                         UNITED STATES DISTRICT JUDGE